IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRENDA L. HANSON                                                            PLAINTIFF

      v.                                        CIVIL NO. 14-2024

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                        DEFENDANT

## **JUDGMENT**

     For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

     IT IS SO ORDERED this 24th day of February, 2015.

                                                                           /s/ *Mark Ford*
                                                               HON. MARK FORD
                                                               UNITED STATES MAGISTRATE JUDGE